IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20–CV–146–BR

| | |
|---|---|
| REGINALD MARLON KING and NAA'ELL SADDIQ MALIK BEY, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) ORDER<br>) |
| UNITED STATES OF AMERICA, et al., | )<br>) |
| Defendants. | )<br>) |

This matter is before the court on Magistrate Judge Robert B. Jones' Memorandum and Recommendation ("M&R") recommending that plaintiff King's application to proceed *in forma pauperis* be allowed and that the complaint be dismissed under 28 U.S.C. § 1915(e)(2)(B). (DE # 4.) Plaintiff did not file an objection thereto.

"The Court is not required to review, under a de novo or any other standard, the factual or legal conclusion of the magistrate judge to which no objections have been raised." Clark v. Harrah's NC Casino Co., LLC, No. 1:17–CV–00240–MR–DLH, 2018 WL 4664136, at *1 (W.D.N.C. Sept. 28, 2018) (citing Thomas v. Arn, 474 U.S. 140, 150 (1985) ("There is no indication that Congress, in enacting § 636(b)(1)(C), intended to require a district judge to review a magistrate's report to which no objections are filed.")). Accordingly, the court ADOPTS the M&R as its own. The application to proceed *in forma pauperis* is ALLOWED. The complaint is DISMISSED WITHOUT PREJUDICE. The Clerk is DIRECTED to close the

case.

        This 27 May 2020.

                                                                        _____
                                                                          W. Earl Britt
                                                                          Senior U.S. District Judge